**07 CV 2489**

**JUDGE CASTEL**

Judith M. Saffer (JS 3161)
John Coletta (JC 7522)
Attorneys for Broadcast Music, Inc.
320 West 57th Street
New York, New York 10019
(212) 830-2562

MAR 27 2007

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BROADCAST MUSIC, INC.; BEECHWOOD MUSIC )
CORPORATION; MIRAN PUBLISHING, INC.; )
SONY/ATV SONGS LLC; THE BERNARD )
EDWARDS COMPANY, L.L.C.; JERRY WEIN- )
TRAUB and MILTON T. OKUN, a partner- )
ship d/b/a MANAGEMENT THREE MUSIC; )
HENRY S. HADAD and CLAUDETTE HADAD, a ) CIVIL ACTION NO.:
partnership d/b/a OLGA MUSIC; EMI )
BLACKWOOD MUSIC, INC.; UNICHAPPELL )
MUSIC INC.; SLOOPY II INC. d/b/a )
SLOOPY II MUSIC; TWO KNIGHT MUSIC, a )
division of COUCH AND MADISON PARTNER- )
SHIP; THE ESTATE OF MAURICE ERNEST GIBB ) COMPLAINT
and ROBIN GIBB, a partnership d/b/a GIBB )
BROTHERS MUSIC; BARRY ALAN GIBB d/b/a )
CROMPTON SONGS; EMBASSY MUSIC )
CORPORATION; UNIVERSAL-SONGS OF POLYGRAM )
INTERNATIONAL, INC.; ANTHONY L. RAY )
d/b/a MIX-A-LOT PUBLISHING, PLEASE GIMME )
MY PUBLISHING INC., )
 )
            Plaintiffs, )
 )
    v. )
 )
DOWNTOWN RESTAURANT GROUP, LLC d/b/a )
PM and ADAM HOCK, individually, )
 )
            Defendants. )
------------------------------------X

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff, Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 320 West 57th Street, New York, New York 10019. BMI has been granted the right to license the public performance rights in approximately three million copyrighted musical compositions (the "BMI repertoire"), including those which are alleged herein to have been infringed.

4. The other Plaintiffs are the owners of the copyrights in the musical compositions which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Defendant Downtown Restaurant Group, LLC is a limited liability company organized and existing under the laws of the state of New York, which operates, maintains and controls an establishment known as PM, located at 50 Gansevoort Street, New York, New York 10014, in this district (the "Establishment").

2

6. In connection with the operation of this business, Defendant Downtown Restaurant Group, LLC publicly performs musical compositions and/or causes musical compositions to be publicly performed.

7. Defendant Downtown Restaurant Group, LLC has a direct financial interest in the Establishment.

8. Defendant Adam Hock is a member of Defendant Downtown Restaurant Group, LLC with primary responsibility for the operation and management of that limited liability company and the Establishment.

9. Defendant Adam Hock has the right and ability to supervise the activities of Defendant Downtown Restaurant Group, LLC and a direct financial interest in that limited liability company and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

10. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 9.

11. Plaintiffs allege ten (10) claims of copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar

actions against Defendants.

12. Annexed as the Schedule and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the ten (10) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information: Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 noting the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the Registration number(s); Line 7 showing the date(s) of infringement; and Line 8 identifying the location of the establishment where the infringement occurred.

13. Each of the musical compositions identified on the Schedule, Line 2, were created by the persons named on Line 3 (all references to Lines are lines on the Schedule).

14. On or about the dates indicated on Line 5, the publishers named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the numbers listed on Line 6.

15. On the dates listed on Line 7, Plaintiff BMI was and

still is the licensor of the public performance rights in the musical compositions identified on Line 2. On the dates listed on Line 7, the Plaintiffs listed on Line 4 were and still are the owners of the copyright in the respective musical composition listed on Line 2.

16. On the dates listed on Line 7, Defendants performed and/or caused the musical compositions identified on Line 2 to be publicly performed at the Establishment without a license or permission to do so. Thus, Defendants have committed copyright infringement.

17. The specific acts of copyright infringement alleged, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C.

Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) That Plaintiffs have such other and further relief as is just and equitable.

Dated: March 20, 2007

By: _____
Judith M. Saffer (JS 3161)
John Coletta (JC 7522)
Broadcast Music, Inc.
320 West 57th Street
New York, NY 10019
(212) 830-2511 telephone
(212) 397-0789 facsimile

Attorney for Plaintiffs

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Another One Bites The Dust |
| Line 3 | Writer(s) | John Deacon |
| Line 4 | Publisher Plaintiff(s) | Beechwood Music Corporation |
| Line 5 | Date(s) of Registration | 7/3/80 |
| Line 6 | Registration No(s). | PA 73-494 |
| Line 7 | Date(s) of Infringement | 3/12/06 |
| Line 8 | Place of Infringement | PM |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Don't Stop a/k/a Don't Stop Till You Get Enough |
| Line 3 | Writer(s) | Michael Joe Jackson |
| Line 4 | Publisher Plaintiff(s) | Miran Publishing, Inc. |
| Line 5 | Date(s) of Registration | 6/18/79   8/11/80 |
| Line 6 | Registration No(s). | Pau 114-601  PAu 240-861 |
| Line 7 | Date(s) of Infringement | 9/30/06 |
| Line 8 | Place of Infringement | PM |

| Line 1 | Claim No. | 3 |
|---|---|---|
| Line 2 | Musical Composition | I'm Coming Out |
| Line 3 | Writer(s) | Bernard Edwards; Nile Rodgers |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; The Bernard Edwards Company, L.L.C., |
| Line 5 | Date(s) of Registration | 8/4/80 |
| Line 6 | Registration No(s). | PA 75-954 |
| Line 7 | Date(s) of Infringement | 3/11/06 |
| Line 8 | Place of Infringement | PM |

| Line 1 | Claim No. | 4 | |
|---|---|---|---|
| Line 2 | Musical Composition | Last Dance | |
| Line 3 | Writer(s) | Paul Jabara | |
| Line 4 | Publisher Plaintiff(s) | Jerry Weintraub and Milton T. Okun, a partnership d/b/a Management Three Music ; Henry S. Hadad and Claudette Hadad d/b/a Olga Music; EMI Blackwood Music, Inc. | |
| Line 5 | Date(s) of Registration | 9/19/77 | 6/16/78 |
| Line 6 | Registration No(s). | Eu 831007 | PA 6-066 |
| Line 7 | Date(s) of Infringement | 3/11/06 | |
| Line 8 | Place of Infringement | PM | |

| Line 1 | Claim No. | 5 |
|---|---|---|
| Line 2 | Musical Composition | Piece of My Heart |
| Line 3 | Writer(s) | Bert Berns; Jerry Ragovoy |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; Unichappell Music Inc.; Sloopy II Inc. d/b/a Sloopy II Music |
| Line 5 | Date(s) of Registration | 10/12/67 |
| Line 6 | Registration No(s). | Eu 19125 |
| Line 7 | Date(s) of Infringement | 3/12/06 |
| Line 8 | Place of Infringement | PM |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Ring My Bell |
| Line 3 | Writer(s) | Frederick Knight |
| Line 4 | Publisher Plaintiff(s) | Two Knight Music, a Division of Couch and Madison Partnership |
| Line 5 | Date(s) of Registration | 6/1/79 |
| Line 6 | Registration No(s). | PA 33-911 |
| Line 7 | Date(s) of Infringement | 3/12/06 |
| Line 8 | Place of Infringement | PM |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Stayin' Alive a/k/a Staying Alive |
| Line 3 | Writer(s) | Barry Gibb; Robin Gibb; Maurice Gibb |
| Line 4 | Publisher Plaintiff(s) | Yvonne Gibb as Personal Representative of the Estate of Maurice Ernest Gibb and Robin Gibb, a partnership d/b/a Gibb Brothers Music; Barry Alan Gibb, an individual d/b/a Crompton Songs |
| Line 5 | Date(s) of Registration | 3/7/77    2/13/78<br>3/19/84    3/19/84 |
| Line 6 | Registration No(s). | Eu 761684    PA 178<br>PA 209-625    PAu 618-264 |
| Line 7 | Date(s) of Infringement | 3/12/06 |
| Line 8 | Place of Infringement | PM |

| Line 1 | Claim No. | 8 |
|---|---|---|
| Line 2 | Musical Composition | Tainted Love |
| Line 3 | Writer(s) | Ed Cobb |
| Line 4 | Publisher Plaintiff(s) | Embassy Music Corporation |
| Line 5 | Date(s) of Registration | 8/30/76 |
| Line 6 | Registration No(s). | Eu 718047 |
| Line 7 | Date(s) of Infringement | 9/30/06 |
| Line 8 | Place of Infringement | PM |

| Line 1 | Claim No. | 9 |
|---|---|---|
| Line 2 | Musical Composition | Baby Got Back |
| Line 3 | Writer(s) | Anthony L. Ray |
| Line 4 | Publisher Plaintiff(s) | Universal-Songs of Polygram International, Inc; Anthony L. Ray, an individual d/b/a Mix-A-Lot Publishing |
| Line 5 | Date(s) of Registration | 11/16/92 |
| Line 6 | Registration No(s). | PA 594 005 |
| Line 7 | Date(s) of Infringement | 3/11/06 |
| Line 8 | Place of Infringement | PM |

| Line 1 | Claim No. | 10 |
|---|---|---|
| Line 2 | Musical Composition | Goldigger a/k/a Gold Digger |
| Line 3 | Writer(s) | Kanye Omari West; Ray Charles; Renalds Richard |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc.; Please Gimme My Publishing Inc.; Unichappell Music, Inc. |
| Line 5 | Date(s) of Registration | 9/21/05 |
| Line 6 | Registration No(s). | PA 1-162-405 |
| Line 7 | Date(s) of Infringement | 3/11/06 |
| Line 8 | Place of Infringement | PM |

07 CV 2489

Judith M. Saffer (JS 3161)
John Coletta (JC 7522)
Attorneys for Broadcast Music, Inc.
320 West 57th Street
New York, New York 10019
(212) 830-2562

MAR 27 2007

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
BROADCAST MUSIC, INC.; BEECHWOOD MUSIC )
CORPORATION; MIRAN PUBLISHING, INC.;   )
SONY/ATV SONGS LLC; THE BERNARD        )
EDWARDS COMPANY, L.L.C.; JERRY WEIN-   )
TRAUB and MILTON T. OKUN, a partner-   )
ship d/b/a MANAGEMENT THREE MUSIC;     )
HENRY S. HADAD and CLAUDETTE HADAD, a  )   CIVIL ACTION NO.:
partnership d/b/a OLGA MUSIC; EMI      )
BLACKWOOD MUSIC, INC.; UNICHAPPELL     )
MUSIC INC.; SLOOPY II INC. d/b/a       )
SLOOPY II MUSIC; TWO KNIGHT MUSIC, a   )
division of COUCH AND MADISON PARTNER- )
SHIP;  THE ESTATE OF MAURICE ERNEST GIBB )   RULE 7.1 CERTIFICATION
and ROBIN GIBB, a partnership d/b/a GIBB )
BROTHERS MUSIC; BARRY ALAN GIBB d/b/a  )
CROMPTON SONGS;  EMBASSY MUSIC         )
CORPORATION; UNIVERSAL-SONGS OF POLYGRAM )
INTERNATIONAL, INC.; ANTHONY L. RAY    )
d/b/a MIX-A-LOT PUBLISHING; PLEASE GIMME )
MY PUBLISHING INC.,                    )
                                       )
                Plaintiffs,            )
                                       )
   v.                                  )
                                       )
DOWNTOWN RESTAURANT GROUP, LLC d/b/a   )
PM and ADAM HOCK, individually,        )
                                       )
                Defendants.            )
------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local

General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Broadcast Music, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

| Plaintiff | Parent |
|---|---|
| Beechwood Music Corporation | Capital EMI Music Inc. (100% stockholder) |
| Embassy Music Corporation | Paul Gewirtz (33 1/3% stockholder) Robert Wise (33 1/3% stockholder) Herbert H. Wise (33 1/3% stockholder) |
| EMI Blackwood Music, Inc. | Screen Gems-EMI Music Inc. (100% stockholder) |
| Miran Publishing, Inc. | Michael Joe Jackson (50% stockholder) Randy Jackson (50% stockholder) |
| Please Gimme My Publishing Inc. | Kanye West (100% stockholder) |
| Sloopy II Music | Ilene Berns (33.333% stockholder) Cassandra Berns |

2

|  |  |
|---|---|
|  | (22.222% stockholder)<br>Brett Berns<br>(22.222% stockholder)<br>Mark Berns<br>(22.222% stockholder) |
| Sony/ATV Songs LLC | Sony Corporation Of America<br>(100% stockholder) |
| Universal-Songs Of Polygram International, Inc. | Vivendi Universal Entertainment LLLP<br>(100% stockholder) |

Dated: March 20, 2007
       New York, New York

BROADCAST MUSIC, INC.

By: _____
    Judith M. Saffer (JS 3161)
    John Coletta (JC 7522)
    Attorney for Broadcast Music, Inc
    320 West 57th Street
    New York, New York 10019
    212-830-2511
    Attorney for Plaintiffs

3